GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Erin M. Gallagher (Bar No. 261198)
egallagher@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Plaintiff
Oregon Mutual Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980,<br><br>　　　　　　Defendant. | Case No. C 13-02367 RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Complaint Filed:　May 24, 2013<br>Judge:　　Honorable Richard G. Seeborg |

　　　　Plaintiff OREGON MUTUAL INSURANCE COMPANY ("Plaintiff") and defendants DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 ("Defendants") (collectively, the "Parties") by and through their counsel of record in this action, hereby agree and stipulate as follows: Defendants shall have a 28 day extension within which to file their response to Plaintiff's Complaint served on June 17, 2013, so that the current filing deadline of August 16, 2013 is now extended to, and including, September 13, 2013. The Case Management Conference

and related deadlines shall be continued to later dates in accordance with this extension of time.

This Stipulation is accompanied by the Declaration of GailAnn Y. Stargardter, pursuant to Local Rule 6-2.

Dated: August 5, 2013     ARCHER NORRIS

*/s/ GailAnn Y. Stargardter*
GailAnn Y. Stargardter
Erin M. Gallagher
Attorneys for Plaintiff
Oregon Mutual Insurance Company

Dated: August 5, 2013     STANZLER LAW GROUP

*/s/ Jordan S. Stanzler*
Jordan S. Stanzler
Attorneys for Defendants
DING SHEE & MUAY SEET, et al.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

By:  */s/ GailAnn Y. Stargardter*
GailAnn Y. Stargardter

O4792/1636626-1    2    STIP. & ~~PROP~~. ORDER EXTEND. TIME TO RESPOND TO COMPLAINT C 13-02367 RS

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  This order extends Defendants' time to file response to Plaintiff's Complaint served on
3  June 17, 2013, so that the current filing deadline of August 16, 2013 is now extended to, and
4  including, September 13, 2013. The Case Management Conference and related deadlines shall be
5  continued to later dates in accordance with this extension of time.

7  Date: 8/6/13

8  JUDGE RICHARD G. SEEBORG