1  GailAnn Y. Stargardter (Bar No. 250749)
   gstargardter@archernorris.com
2  Erin M. Gallagher (Bar No. 261198)
   egallagher@archernorris.com
3  ARCHER NORRIS
   A Professional Law Corporation
4  2033 North Main Street, Suite 800
   Walnut Creek, CA  94596-3759
5  Telephone:      925.930.6600
   Facsimile:      925.930.6620
6
   Attorneys for Plaintiff
7  Oregon Mutual Insurance Company

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980, <br><br> Defendant. | Case No.  C 13-02367 RS <br><br> **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT;** ~~PROPOSED~~ **ORDER** <br><br> Complaint Filed:     May 24, 2013 <br> Judge:          Honorable Richard G. Seeborg |

        Plaintiff OREGON MUTUAL INSURANCE COMPANY ("Plaintiff") and defendants

DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING

TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE

SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 ("Defendants") (collectively,

the "Parties") by and through their counsel of record in this action, hereby agree and stipulate as

follows:  Defendants shall have a 31 day extension within which to file their response to

Plaintiff's Complaint served on June 17, 2013, so that the current filing deadline of Friday,

September 13, 2013, which deadline was previously set pursuant to the Parties' prior Stipulation

O4792/1659766-1

1  For Extension of Time To Respond to Complaint, is now extended to and including, Monday,

2  October 14, 2013.  The Case Management Conference and related deadlines shall be continued to

3  later dates in accordance with this extension of time.

4       This Stipulation is accompanied by the Declaration of GailAnn Y. Stargardter, pursuant to

5  Local Rule 6-2.

6  Dated: September 9, 2013                  ARCHER NORRIS

7

8                                      */s/ GailAnn Y. Stargardter*

9                                        GailAnn Y. Stargardter
                                      Erin M. Gallagher

10                                        Attorneys for Plaintiff
                                      Oregon Mutual Insurance Company

11

12  Dated: September 9, 2013                  STANZLER LAW GROUP

13

14                                        */s/ Jordan S. Stanzler*

15                                        Jordan S. Stanzler
                                      Attorneys for Defendants

16                                        DING SHEE & MUAY SEET, et al.

17

18

19  **SIGNATURE ATTESTATION**

20       Pursuant to Civil Local Rule 5.1(i)(3), I hereby certify that authorization for the filing of

21  this document has been obtained from each of the other signatories shown above and that all

22  signatories concur in the filing's content.

23

24                            By:   */s/ GailAnn Y. Stargardter*

25                                        GailAnn Y. Stargardter

26

27

28

O4792/1659766-1                 2      STIP. & PROP. ORDER EXTEND. TIME TO
                                           RESPOND TO COMPLAINT C 13-02367 RS

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    This order extends Defendants' time to file response to Plaintiff's Complaint served on

3    June 17, 2013, so that the current filing deadline of September 13, 2013 is now extended to, and

4    including, October 14, 2013.  The Case Management Conference and related deadlines shall be

5    continued to later dates in accordance with this extension of time.

6

7    Date:    9/9/13

8                                                              JUDGE RICHARD G. SEEBORG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

O4792/1659766-1                          3              STIP. & PROP. ORDER EXTEND. TIME TO
                                                        RESPOND TO COMPLAINT C 13-02367 RS