GailAnn Y. Stargardter (Bar No. 250749)
gstargardter@archernorris.com
Erin M. Gallagher (Bar No. 261198)
egallagher@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620

Attorneys for Plaintiff
Oregon Mutual Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980,<br><br>Defendant. | Case No.  C 13-02367 RS<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ~~PROPOSED~~ ORDER**<br><br>Complaint Filed:   May 24, 2013<br>Judge:             Honorable Richard G. Seeborg |

Plaintiff OREGON MUTUAL INSURANCE COMPANY ("Plaintiff") and defendants DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 ("Defendants") (collectively, the "Parties") by and through their counsel of record in this action, hereby agree and stipulate as follows:  Defendants shall have a 31 day extension within which to file their response to Plaintiff's Complaint served on June 17, 2013, so that the current filing deadline of Friday, September 13, 2013, which deadline was previously set pursuant to the Parties' prior Stipulation

1  For Extension of Time To Respond to Complaint, is now extended to and including, Monday,
2  October 14, 2013. The Case Management Conference and related deadlines shall be continued to
3  later dates in accordance with this extension of time.
4      This Stipulation is accompanied by the Declaration of GailAnn Y. Stargardter, pursuant to
5  Local Rule 6-2.
6  Dated: September 9, 2013           ARCHER NORRIS

8                                */s/ GailAnn Y. Stargardter*
9                                GailAnn Y. Stargardter
                               Erin M. Gallagher
10                               Attorneys for Plaintiff
                               Oregon Mutual Insurance Company

12 Dated: September 9, 2013           STANZLER LAW GROUP

14                               */s/ Jordan S. Stanzler*
15                               Jordan S. Stanzler
                               Attorneys for Defendants
16                               DING SHEE & MUAY SEET, et al.

19                          **SIGNATURE ATTESTATION**
20     Pursuant to Civil Local Rule 5.1(i)(3), I hereby certify that authorization for the filing of
21 this document has been obtained from each of the other signatories shown above and that all
22 signatories concur in the filing's content.

24                             By:  */s/ GailAnn Y. Stargardter*
25                                 GailAnn Y. Stargardter

|   |   |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 2 | This order extends Defendants' time to file response to Plaintiff's Complaint served on |
| 3 | June 17, 2013, so that the current filing deadline of September 13, 2013 is now extended to, and |
| 4 | including, October 14, 2013. The Case Management Conference and related deadlines shall be |
| 5 | continued to later dates in accordance with this extension of time. |

Date: 9/9/13

*/s/ Richard Seeborg*

JUDGE RICHARD G. SEEBORG