| | |
|---|---|
| 1 | GailAnn Y. Stargardter (Bar No. 250749) |
| | gstargardter@archernorris.com |
| 2 | Erin M. Gallagher (Bar No. 261198) |
| | egallagher@archernorris.com |
| 3 | ARCHER NORRIS |
| | 2033 North Main Street, Suite 800 |
| 4 | Walnut Creek, CA  94596-3759 |
| | Telephone:     925.930.6600 |
| 5 | Facsimile:      925.930.6620 |

Attorneys for Plaintiff and Counterclaim Defendant
Oregon Mutual Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, | Case No.  C 13-02367 RS |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM; ~~PROPOSED~~ ORDER** AS MODIFIED BY THE COURT |
| v. | Complaint Filed:    May 24, 2013 |
| DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980, | Judge:           Honorable Howard R. Lloyd |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

Plaintiff and counterclaim defendant OREGON MUTUAL INSURANCE COMPANY ("Plaintiff") and defendants and counterclaimants DING SHEE & MUAY SEET, THE BY-PASS TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 and THE MARITAL DEDUCTION TRUST OF THE SEET FAMILY LIVING TRUST DATED NOVEMBER 19, 1980 ("Defendants") (collectively, the "Parties") by and through their counsel of record in this action, hereby agree and stipulate as follows:  Plaintiff shall have a 30 day extension within which to file its response to Defendants' Counterclaim served on October 2,

2013, so that the current filing deadline of October 23, 2013, is now extended to and including Friday, November 22, 2013. The Case Management Conference and related deadlines shall be continued to later dates in accordance with this extension of time.

This Stipulation is accompanied by the Declaration of GailAnn Y. Stargardter, pursuant to Local Rule 6-2.

Dated: October 22, 2013                ARCHER NORRIS

*/s/ GailAnn Y. Stargardter*
GailAnn Y. Stargardter
Attorneys for Plaintiff and Counterclaim Defendant
Oregon Mutual Insurance Company

Dated: October 22, 2013                STANZLER LAW GROUP

*/s/ Jordan S. Stanzler*
Jordan S. Stanzler
Attorneys for Defendants and Counterclaimants
DING SHEE & MUAY SEET, et al.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

By:   */s/ GailAnn Y. Stargardter*

GailAnn Y. Stargardter

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  This order extends Plaintiff's time to file response to Defendants' Counterclaim served on

3  October 2, 2013, so that the current filing deadline of October 23, 2013 is now extended to, and

4  including, November 22, 2013.  The Case Management Conference and related deadlines shall be

5  continued to later dates in accordance with this extension of time.  Case Management Conference

6  continued to January 9, 2014 at 10:00 a.m.  Case Management Statement due 1/2/14.

8  Date:  10/22/13

9  _____
   JUDGE RICHARD G. SEEBORG